FILED

AUG 30 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES PATRICK RAY,

    Petitioner,

v.

RALPH DIAZ,

    Respondent.

No. C 13-00503 EJD (PR)

ORDER GRANTING MOTION TO
REOPEN ACTION; TO SHOW CAUSE

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his state conviction. Petitioner filed a motion for a stay of proceedings with his petition, stating that he seeks a stay while he exhausts his state remedies. (Docket No. 3.) Good cause appearing, the Court granted Petitioner's request on May 23, 2013, and stayed the matter pending Petitioner returning to this Court after exhausting his state remedies. (Docket No. 6.)

    On June 4, 2013, Petitioner filed a motion to reopen the action with notice of the state high court's decision denying relief. (Docket No. 7.) Because the notice was untimely, the Court denied the motion without prejudice and directed Petitioner to show good cause for the delay. (Docket No. 9.) Petitioner has filed a declaration stating that limited access to the law library caused the delay. (Docket No. 10.) The Court construes the declaration as a renewed motion to reopen, and good cause appearing, GRANTS the

motion. The stay is lifted.

Petitioner claims that his plea was involuntary due to his counsel's ineffective assistance. (Pet. at 8.) The Court orders Respondent to show cause why the petition should not be granted.

## CONCLUSION

1. The Clerk shall reopen the case.

2. The Clerk shall serve by mail a copy of this order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk shall also serve a copy of this order on the Petitioner.

3. Respondent shall file with the Court and serve on Petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving a copy on Respondent within **thirty (30) days** of his receipt of the answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the court and serve on Respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

5. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court and all parties informed of any change of address by filing a separate paper captioned "Notice of Change of Address." Petitioner must comply with the Court's

orders in a timely fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  8/30/13

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JAMES PATRICK RAY,

    Petitioner,

v.

RALPH DIAZ,

    Respondent.

    /

Case Number: CV13-00503 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __8/30/13__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Patrick Ray AC-5619
SATF
P. O. Box 5242
Corcoran, CA 93212

Dated: __8/30/13__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk